**EXHIBIT A**

Byron F. Browne (030499)
Monica Malhotra (032784)
**BROWNE LAW GROUP**
366 North Gilbert Rd, Suite 202
Gilbert, Arizona 85234
Phone/Fax: (480) 771-2442
byron@antilawyer.com
mmalhotra@antilawyer.com
legal@antilawyer.com
*Attorneys for Plaintiff*



COPY
AUG 1 8 2020
CLERK OF THE SUPERIOR COURT
K. MELZER
DEPUTY CLERK

IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| TRACI ANN FRIESEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LEON ERIC PEDERSON and JOHN DOE PEDERSON, individually and/or as husband and wife; JOHN DOES and/or JANE DOES I-X, BLACK CORPORATIONS and/or WHITE LIMITED PARTNERSHIPS I-X,<br><br>Defendants. | Case No.: CV2020-094665<br><br>**COMPLAINT**<br><br>(Tort / Motor Vehicle) |

Plaintiff Traci A. Frisen, by and through counsel undersigned, for her Complaint hereby alleges as follows:

### JURISDICTIONAL ALLEGATIONS

1. The damages sought in this matter are within the original jurisdiction of this court.

2. The events that form the basis for this complaint occurred within Maricopa County, Arizona and venue in this court is proper pursuant to A.R.S. § 12-401.

3. Plaintiff is a resident of Maricopa County, Arizona.

- 1 -

4. Upon information and belief Defendant Leon Eric Pederson (hereinafter "Defendant Pederson") and Jane Doe Pederson were, husband and wife, and residents of the State of Arizona, were domiciled as such as of the date of the incident and giving rise to this lawsuit. All actions alleged in this Complaint were undertaken on behalf of and for the benefit of their marital community. Plaintiff is without sufficient information at the present time to state the true identity of Jane Doe Pederson. Plaintiff will seek leave of the Court to amend this Complaint once the identity of this individual becomes available.

5. Defendants designated herein as Does I-X, Black Corporations I-X, and White Limited Partnerships I-X, inclusive, are unknown to Plaintiff at this present time; however, it is alleged and believed these Defendants were involved in the initiation, approval, support, or execution of the wrongful acts on which this action is premised, or of similar actions directed against Plaintiff about which they are presently unaware. As the specific identities of these parties are revealed through the course of discovery, the Does, Black, and White will be replaced to identify these parties by their true names and capacities.

## GENERAL ALLEGATIONS

6. Plaintiff re-alleges and incorporates herein by this reference Paragraphs 1 through 5 of her Complaint as though expressly set forth herein.

7. On or about December 24, 2018, Plaintiff traveled east bound on East University Drive in Mesa, Maricopa County, Arizona.

8. On or about December 24, 2018, Defendant Pederson, traveled west bound on University Drive in the left-hand turn lane to go South on Val Vista drive.

9. On or about December 24, 2018, Defendant Pederson failed to yield the right of way and turned left in front of Plaintiff's vehicle causing her vehicle to slam into his vehicle.

10. Plaintiff has suffered permanent injuries, loss of enjoyment of life, suffered loss of past and future household services, expenses for medical care and treatment, and incurred expenses incidental thereto.

## COUNT I – NEGLIGENCE
## (DEFENDANT)

11. Plaintiff re-alleges and incorporates herein by this reference Paragraphs 1 through 10 of her Complaint as though expressly set forth herein.

12. Defendant Pederson owed a duty of care to Plaintiff to operate his vehicles in reasonable and prudent manners to avoid collisions with Plaintiff.

13. Defendant Pederson breached his duty of care to Plaintiff, causing the collision and causing bodily injury to Plaintiff by failing to exercise due care in the operation of his vehicle.

14. As a result of the collision caused by Defendant's negligence, Plaintiff suffered pain and suffering, inconvenience, curtailment of her usual activities, loss of enjoyment of life, great pain of body and mind, inconvenience, loss of enjoyment, and pain and suffering in the future.

15. As a result of the collision caused by Defendant's negligence, Plaintiff incurred expenses for medical treatment and expenses for related treatment and care as a result of injuries sustained in this collision, and she will continue to incur such expenses in the future.

## COUNT II – NEGLIGENCE PER SE
## (DEFENDANT PEDERSON)

16. Plaintiff re-alleges and incorporates herein by this reference Paragraphs 1 through 15 of her Complaint as though expressly set forth herein.

17. Defendant Pederson owed a duty of care to Plaintiff, along with other motorists on the roadway, to operate his vehicle in a reasonable and safe manner, in accordance with, and respecting of Arizona's traffic laws, and that did not create hazard for motorists on the roadway.

21. These violations were the direct and proximate cause of Plaintiff's injuries and damages.

**WHEREFORE**, Plaintiff prays for Judgment against Defendants as follows:

a) For general damages, in an amount to be proven at trial of this matter;

b) For special damages, in an amount to be proven at trial of this matter;

c) For reasonable attorney's fees and costs; and interest at the statutory rate; and

d) For such other and further relief as this Court deems proper.

**RESPECTFULLY SUBMITTED** this 17th day of August, 2020.

BROWNE LAW GROUP

By: _____
Byron F. Browne
Monica Malhotra
*Attorneys for Plaintiff*

**EXHIBIT B**



CLERK OF THE
SUPERIOR COURT
RECEIVED SE
DOCUMENT DEPOSITORY

2020 NOV -4 PM 3: 11

## SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY

TRACI ANN FRIESEN
Plaintiff,

vs.

LEON ERIC PEDERSON ET AL
Defendant,

Case No.: CV2020-094665

PROOF OF SERVICE

Came to hand on **9/21/2020** at **1:36 PM** a true copy of the below referenced documents.

The undersigned is over the age of 18 years and not a party to the action. The undersigned is qualified and appointed under ARCP §4(d) & §4(e) to serve legal process within the State of Arizona.

**SERVED On 10/25/2020 at 5:15 PM, the undersigned served copies of:**
**SUMMONS; COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION**

Upon: **LEON ERIC PEDERSON**
At: **4301 75 AVENUE, LLOYDMINSTER, ALBERTA, CANADA T9V 2X4**

**In the following manner:**

**PERSONAL SERVICE ON AN INDIVIDUAL per ARCP Rule 4.1(d)**
Description:
Gender: **Male**   Race/Skin: **Caucasian**   Age: **42**   Weight: **180+-**   Height: **6'+-**   Hair: **Covered**   Glasses:**No**   Other:

Comments:
SERVER MET WITH LEON PEDERSON IN THE PARKING LOT OF TIM HORTON'S COFFEE SHOP. MR. PEDERSON REFUSED TO PROVIDE A RESIDENTIAL ADDRESS.

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing information contained in the Proof of Service is true and correct. [ARCP Rule 80(c)]



**A.J. V. Mokelky**
A NOTARY PUBLIC
in and for the Province of Alberta
Being a Solicitor

SIGNED: _____
KEITH FLATH

State of City of Lloydminster, Province of Alberta, Subscribed and sworn or affirmed before me on
(Date): October 28 2020
Notary Public Signature: _____

Job Number: 25208

Client File #: FRISEN 200544

**EXHIBIT C**

```
 1  Byron F. Browne (030499)
    Monica Malhotra (032784)
 2  BROWNE LAW GROUP
    366 North Gilbert Rd. Suite 202
 3  Gilbert, Arizona 85234
    Phone/Fax: (480) 771-2442
 4  byron@antilawyer.com
    mmalhotra@antilawyer.com
 5  legal@antilawyer.com
 6  Attorneys for Plaintiff
```

IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| TRACI ANN FRIESEN, an individual, | Case No.: CV2020-094665 |
| Plaintiff, | **SUMMONS** |
| vs. | (Tort / Motor Vehicle) |
| LEON ERIC PEDERSON and JOHN DOE PEDERSON, individually and/or as husband and wife; JOHN DOES and/or JANE DOES I-X, BLACK CORPORATIONS and/or WHITE LIMITED PARTNERSHIPS I-X, | |
| Defendants. | |

### THE STATE OF ARIZONA TO THE DEFENDANTS:

#### Leon Eric Pederson

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served upon you with this "Summons".

2. If you do not want a judgment or order taken against you without your input, you must file an "Answer" or a "Response" in writing with the court and pay the filing fee. If you do not file an "Answer" or "Response", the other party may be given the relief requested in the Petition or Complaint. To file your "Answer" or "Response" take, or send, the "Answer" or "Response" to the Office of the Clerk of the Court of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 or the Office of the Clerk of the Superior Court, 222 East Javelina Drive, Mesa, Arizona 8501-62901 or Office of the Clerk of the Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona 85374. You must mail a copy of your "Response" or "Answer" to the other party listed at the top of this summons.

- 1 -

3. If this "Summons" and other court papers were served upon you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and other papers were served on you by a registered process served or the Sheriff outside the State of Arizona, your "Response" or "Answer" must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. If this "Summons" and other court papers were served upon you through service of process upon the Director of the Arizona Department of Insurance as an insurer's attorney to receive service of legal process against it in the State of Arizona, no further proceedings shall be had against the insurer, and the insurer shall not be required to appear, answer or plead until expiration of FORTY (40) CALENDAR DAYS after date of such service upon the director.

5. If this "Summons" and other court papers were served upon you through service of process upon the Director of the Arizona Department of Transportation pursuant to A.R.S. § 28-2327, then service shall be deemed complete thirty days after filing defendant's return receipt and plaintiff's affidavit of compliance, as required by A.R.S. § 28-2327, subsection A, paragraph 1, or, in case of personal service out of the state under A.R.S. § 28-2327, subsection A, paragraph 2, thirty days after filing the officer's return of such personal service. The defendant shall appear and answer within thirty days after completion of such service in the same manner and under the same penalties as if the defendant had been personally served with a summons within the county in which the action is pending.

6. You can get a copy of the court papers in this case from the Plaintiff/Attorney listed at the top of this summons, or from the Clerk of the Superior Court's Customer Service Center at 601 West Jackson Street, Phoenix, Arizona 85003 or at 222 East Javelina Drive, Mesa, Arizona 85210.

**REQUESTS FOR REASONABLE ACCOMMODATION FOR PERSONS WITH DISABILITIES MUST BE MADE TO THE DIVISION ASSIGNED TO THE CASE BY PARTIES AT LEAST 3 JUDICIAL DAYS IN ADVANCE OF A SCHEDULED COURT PROCEEDING.**

**REQUESTS FOR INTERPRETER FOR PERSONS WITH LIMITED ENGLISH PROFICIENCY MUST BE MADE TO THE DIVISION ASSIGNED TO THE CASE BY THE PARTY NEEDING THE INTERPRETER AND/OR TRANSLATOR OR HIS/HER COUNSEL AT LEAST TEN (10) JUDICIAL DAYS IN ADVANCE OF A SCHEDULED COURT PROCEEDING.**

SIGNED AND SEALED THIS DATE: AUG 1 8 2020

JEFF FINE, CLERK

JEFF FINE, CLERK OF THE COURT

K. Melzer
Deputy Clerk

**EXHIBIT D**

Byron F. Browne (030499)
Monica Malhotra (032784)
**BROWNE LAW GROUP**
366 North Gilbert Rd, Suite 202
Gilbert, Arizona 85234
Phone/Fax: (480) 771-2442
byron@antilawyer.com
mmalhotra@antilawyer.com
legal@antilawyer.com
*Attorneys for Plaintiff*




AUG 1 8 2020

CLERK OF THE SUPERIOR COURT
K. MELZER
DEPUTY CLERK

# IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA

# IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| TRACI ANN FRIESEN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> LEON ERIC PEDERSON and JOHN DOE PEDERSON, individually and/or as husband and wife; JOHN DOES and/or JANE DOES I-X, BLACK CORPORATIONS and/or WHITE LIMITED PARTNERSHIPS I-X, <br><br> Defendants. | Case No.: CV2020-094665 <br><br> **PLAINTIFF'S CERTIFICATE REGARDING COMPULSORY ARBITRATION** |

The undersigned certifies that he knows the dollar limits and any other limitations set forth by the local rules of practice for the applicable Superior Court, and further certifies that this case ***IS NOT*** subject to compulsory arbitration, as provided by *Rules 72* through *76* of the *Arizona Rules of Civil Procedure.*

**RESPECTFULLY SUBMITTED** this 17th day of August 2020.

BROWNE LAW GROUP

By: /s/
Byron F. Browne
Monica Malhotra
*Attorneys for Plaintiff*

- 1 -

**EXHIBIT E**

In the Superior Court of the State of Arizona
In and for the County of Maricopa

Case Number: CV2020-094665

**CIVIL COVER SHEET- NEW FILING ONLY**
(Please Type or Print)

Plaintiffs' Attorney: Byron F. Browne

Attorney's Bar Number: 030499

Is Interpreter Needed? ☐ Yes  ☒ No

If yes, what language:

CLERK OF THE
SUPERIOR COURT
FILED
K. MELZER, DEP.

20 AUG 18 PM 12: 29

To the best of my knowledge, all information is true and correct.

*/s/ Byron F. Browne*
Attorney/Pro Per Signature (If no attorney, YOUR signature)

| Plaintiff's Name(s): (List all) | Plaintiff's Address: | Phone #: | Email Address: |
|---|---|---|---|
| Traci Ann Friesen | c/o Browne Law Group<br>366 North Gilbert Road, Suite 202<br>Gilbert, AZ 85234 | 480-771-2442 | byron@antilawyer.com |

(List additional Plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List all)

Leon Eric Pederson

(List additional Defendants on page two and/or attach a separate sheet).

### NATURE OF ACTION

(Place an "X" next to the **one** case category that most accurately describes your primary case.)

**100 TORT MOTOR VEHICLE:**

☒ 101 Non-Death/Personal Injury
☐ 102 Property Damage
☐ 103 Wrongful Death

**110 TORT NON-MOTOR VEHICLE:**

☐ 111 Negligence
☐ 112 Product Liability – Asbestos
☐ 112 Product Liability – Tobacco
☐ 112 Product Liability – Toxic/Other
☐ 113 Intentional Tort

☐ 114 Property Damage
☐ 115 Legal Malpractice
☐ 115 Malpractice – Other professional
☐ 117 Premises Liability
☐ 118 Slander/Libel/Defamation
☐ 116 Other (Specify) _____

**120 MEDICAL MALPRACTICE:**

☐ 121 Physician M.D.   ☐ 123 Hospital
☐ 122 Physician D.O   ☐ 124 Other

**130 CONTRACTS:**

☐ 131 Account (Open or Stated)
☐ 132 Promissory Note
☐ 133 Foreclosure
☐ 138 Buyer-Plaintiff
☐ 139 Fraud
☐ 134 Other Contract (i.e. Breach of Contract)
☐ 135 Excess Proceeds - Sale
☐ Construction Defects (Residential/Commercial)
   ☐ 136 Six to Nineteen Structures
   ☐ 137 Twenty or More Structures

**150-199 OTHER CIVIL CASE TYPES:**

☐ 156 Eminent Domain/Condemnation
☐ 151 Forcible Detainer
☐ 152 Change of Name
☐ 153 Transcript of Judgment
☐ 154 Foreign Judgment
☐ 158 Quiet Title
☐ 160 Forfeiture
☐ 175 Election Challenge
☐ 179 Employer Sanction Action (A.R.S. §23-212)

©Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV10f – 070118

- [ ] 180 Injunction against Workplace Harassment
- [ ] 181 Injunction against Harassment
- [ ] 182 Civil Penalty
- [ ] 186 Water Rights (Not General Stream Adjudication)
- [ ] 187 Real Property
- [ ] Special Action against Lower Courts
   (See lower court appeal cover sheet in Maricopa)
- [ ] 194 Immigration Enforcement Challenge
   (A.R.S. §§1-501, 1-502, 11-1051)

## 150-199 UNCLASSIFIED CIVIL CASE TYPES:

- [ ] Administrative Review
   (See lower court appeal cover sheet in Maricopa)
- [ ] 150 Tax Appeal
   (All other tax matters must be filed in the AZ Tax Court)
- [ ] 155 Declaratory Judgment
- [ ] 157 Habeas Corpus
- [ ] 184 Landlord Tenant Dispute - Other
- [ ] 191 Declaration of Factual Improper Party Status
- [ ] Declaration of Factual Innocence
   (A.R.S.§12-771)

- [ ] 193 Vulnerable Adult (A.R.S. §46-451)
- [ ] 165 Tribal Judgment
- [ ] 167 Structured Settlement (A.R.S. §12-2901)
- [ ] 169 Attorney Conservatorships (State Bar)
- [ ] 170 Unauthorized Practice of Law (State Bar)
- [ ] 171 Out-of-State Deposition for Foreign Jurisdiction
- [ ] 172 Secure Attendance of Prisoner
- [ ] 173 Assurance of Discontinuance
- [ ] 174 In-State Deposition for Foreign Jurisdiction
- [ ] 176 Eminent Domain–Light Rail Only
- [ ] 177 Interpleader-- Automobile Only
- [ ] 178 Delayed Birth Certificate (A.R.S. §36-333.03)
- [ ] 183 Employment Dispute - Discrimination
- [ ] 185 Employment Dispute – Other
- [ ] 196 Verified Rule 45.2 Petition
- [ ] 195(a) Amendment of Marriage License
- [ ] 195(b) Amendment of Birth Certificate
- [ ] 163 Other _____
   (Specify)

## RULE 26.2 DISCOVERY TIER or AMOUNT PLEADED:

(State the amount in controversy pleaded or place an "X" next to the discovery tier to which the pleadings allege the case Rule 26.2)

- [ ] Amount Pleaded $_____
- [ ] Tier 1
- [x] Tier 2
- [ ] Tier 3

## EMERGENCY ORDER SOUGHT

- [ ] Temporary Restraining Order
- [ ] Provisional Remedy
- [ ] OSC Election Challenge
- [ ] Employer Sanction
- [ ] Other _____
   (Specify)

## COMMERCIAL COURT (Maricopa County Only)

- [ ] This case is eligible for the Commercial Court under Rule 8.1, and Plaintiff requests assignment of this case to the commercial Court. More information on the commercial Court, including the most recent forms, are available on the Court's website at https://www.superiorcourt.maricopa.gov/commercial-court/.

Additional Plaintiff(s)
_____

_____

Additional Defendant(s)
_____

_____